# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-3658

_____

William T. Morrison, Jr.

*Plaintiff - Appellant*

v.

Sheriff Kevin C. Bond; Sam Hargrave; John Brosch; Jason Atwood; Brian Egbert;
Rene Woolbridge; Richard Townsend; Matt Bahner; Inna Kozhukharenko; Andy Holdeman

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: June 9, 2015
Filed: June 18, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, KELLY Circuit Judges.

_____

PER CURIAM.

William Morrison appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he asserted numerous claims related to his pre-trial detention. After appointing Morrison counsel, this court received briefs and then ordered supplemental briefing on whether summary judgment was proper as to Morrison's claim that defendants seized and censored his mail without prior notice, in violation of his due process rights, and whether the district court appropriately handled discovery matters. Following a careful review of the record, and consideration of the parties' arguments in their initial briefs and supplemental briefs, we find no basis to reverse. See Menard, Inc. v. Dial-Columbus, LLC, 781 F.3d 993, 997 (8th Cir. 2015) (grant of summary judgment is reviewed de novo); In re Temporomandibular Joint (TMJ) Implants Prods. Liab. Litig., 113 F.3d 1484, 1489-90 (8th Cir. 1997) (determination that claim is ripe for summary judgment is reviewed for abuse of discretion; discovery does not have to be completed before court can grant summary judgment).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.